# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132991 & (19)(20)

GRAND RAPIDS EDUCATIONAL SUPPORT
PERSONNEL ASSOCIATION, MEA/NEA
      Plaintiffs-Appellees,

v

DEAN TRANSPORTATION, INC., and
DEAN MANAGEMENT SERVICES, INC.,
      Defendants-Appellants.

SC: 132991
COA: 272267
Kent CC: 05-004837-CZ

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motions for immediate consideration and for stay of proceedings are DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 9, 2007

_____
Clerk

d0206